E-FILED
Monday, 27 December, 2004  12:51:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 99- 30091 |
| ) | Violations: Title 21, United |
| DEMETRIUS D. MCCULLOUGH ) | States Code, Sections 846, |
| a/k/a Meechie, ) | 841(a)(1), 841(b)(1)(A), |
| ) | 841(b)(1)(B), 841(b)(1)(C), and |
| TRAVIS L. MCCULLOUGH ) | Title 18, United States Code, |
| a/k/a Lil Folks, ) | Section 2. |
| ) | |
| LES L. DAVIS a/k/a 187, and ) | |
| ) | |
| RICHARD L. HATCHETT ) | |
| a/k/a Baby Crush, ) | |
| ) | |
| Defendants. ) | |

FILED
NOV - 4 1999
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
**Conspiracy to Possess With The Intent To Distribute And To Distribute Controlled Substances, Including Cocaine Base (Crack) And Cocaine**

1.   From about 1994 and continuing until October 19, 1999, at Springfield, in the Central District of Illinois, and elsewhere, the defendants,

**DEMETRIUS D. MCCULLOUGH, TRAVIS L. MCCULLOUGH,
LES L. DAVIS, and RICHARD L. HATCHETT,**

knowingly and intentionally conspired with each other and with others to possess with the intent to distribute and to distribute controlled substances, including cocaine base (crack) and cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

①

2. As part of the conspiracy, the defendants formed and operated a street gang known as the "Crime Bosses," the primary purpose of which was to distribute crack cocaine in the Springfield, Illinois area.

3. As a further part of the conspiracy, the defendants agreed to possess with the intent to distribute and to distribute cocaine and crack cocaine in the Springfield area. In furtherance of that agreement, the defendants often pooled money together to purchase cocaine and crack cocaine from various sources.

4. As a further part of the conspiracy, the defendants regularly sold crack cocaine, individually and collectively, in the Springfield area.

5. As a further part of the conspiracy, the named defendants committed the offenses in Counts 2 through 14 of this indictment.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 2
### Possession Of A Controlled Substance, Namely, Cocaine Base (Crack), With The Intent To Distribute It

On or about October 17, 1995, at Springfield, in the Central District of Illinois, the defendant,

**RICHARD L. HATCHETT,**

knowingly and intentionally possessed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
**Distribution Of A Controlled Substance, Namely, Cocaine**

On or about February 5, 1996, at Springfield, in the Central District of Illinois, the defendant,

**RICHARD L. HATCHETT,**

knowingly and intentionally distributed a controlled substance, namely, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4
**Possession Of A Controlled Substance, Namely, Cocaine Base (Crack), With The Intent To Distribute It**

On or about February 11, 1996, at Springfield, in the Central District of Illinois, the defendant,

**LES L. DAVIS,**

knowingly and intentionally possessed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5
**Possession Of A Controlled Substance, Namely, Cocaine Base (Crack), With The Intent To Distribute It**

On or about June 4, 1996, at Springfield, in the Central District of Illinois, the defendant,

**DEMETRIUS D. MCCULLOUGH,**

knowingly and intentionally possessed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6
**Possession Of A Controlled Substance, Namely, Cocaine Base (Crack), With The Intent To Distribute It**

On or about October 31, 1997, at Springfield, in the Central District of Illinois, the defendant,

**LES L. DAVIS,**

knowingly and intentionally possessed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7
**Distribution Of A Controlled Substance, Namely, Cocaine Base (Crack)**

On or about September 15, 1998, at Springfield, in the Central District of Illinois, the defendants,

**DEMETRIUS D. MCCULLOUGH and TRAVIS L. MCCULLOUGH,**

knowingly and intentionally distributed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 8
**Distribution Of A Controlled Substance, Namely, Cocaine Base (Crack)**

On or about October 25, 1998, at Springfield, in the Central District of Illinois, the defendants,

**DEMETRIUS D. MCCULLOUGH and TRAVIS L. MCCULLOUGH,**

knowingly and intentionally distributed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 9
**Distribution Of A Controlled Substance, Namely, Cocaine Base (Crack)**

On or about October 29, 1998, at Springfield, in the Central District of Illinois, the defendants,

**DEMETRIUS D. MCCULLOUGH and TRAVIS L. MCCULLOUGH,**

knowingly and intentionally distributed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 10
**Distribution Of A Controlled Substance, Namely, Cocaine Base (Crack)**

On or about October 29, 1998, at Springfield, in the Central District of Illinois, the defendants,

**DEMETRIUS D. MCCULLOUGH and TRAVIS L. MCCULLOUGH,**

knowingly and intentionally distributed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 11
### Possession Of A Controlled Substance, Namely, Cocaine, With The Intent To Distribute It

On or about January 27, 1999, in Logan County, in the Central District of Illinois, and elsewhere, the defendant,

**LES L. DAVIS,**

knowingly and intentionally possessed a controlled substance, namely, cocaine, a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 12
### Possession Of A Controlled Substance, Namely, Cocaine, With The Intent To Distribute It

On or about March 7, 1999, at Springfield, in the Central District of Illinois, the defendant,

**LES L. DAVIS,**

knowingly and intentionally possessed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 13
### Distribution Of A Controlled Substance, Namely, Cocaine Base (Crack)

On or about September 22, 1999, at Springfield, in the Central District of Illinois, the defendants,

**DEMETRIUS D. MCCULLOUGH and TRAVIS L. MCCULLOUGH,**

knowingly and intentionally distributed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 14
### Distribution Of A Controlled Substance, Namely, Cocaine Base (Crack)

On or about October 15, 1999, at Springfield, in the Central District of Illinois, the defendant,

**DEMETRIUS D. MCCULLOUGH,**

knowingly and intentionally distributed a controlled substance, namely, cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

A TRUE BILL,

s/Foreperson
FOREPERSON

s/Frances C. Hulin
FRANCES C. HULIN
UNITED STATES ATTORNEY/TB