## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RICHARD L. HATCHETT,**
      **Petitioner,**

vs.    Case Number: **04-3275**

**UNITED STATES OF AMERICA,**
      **Respondent,**

[ ]  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to Text Order entered by the Honorable U.S. District Judge Jeanne E. Scott, this matter is dismissed without prejudice. This case is closed.----------------------------

ENTER this 24th day of January, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Rankin

_____
BY: DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

3:04-cv-03275-JES    # 3    Page 2 of 2

AO 450 (Rev. 5/85) Judgment in a Civil Case