04-327 E-FILED
Thursday, 24 February, 2005 03:23:28 PM
Clerk, U.S. District Court, ILCD

**IN THE**

**UNITED STATES  DISTRICT COURT**

**DISTRICT OF ILLINOIS**

———

**NO: 04-CV-0375 - JES**

**RICHARD L. HATCHETT,**

[Petitioner]

**\*\*\* VERSUS \*\*\***

**UNITED STATES OF AMERICA,**

[Respondent]

**MOTION FOR RECONSIDERATION OF**

**MOVANT-PETITIONER'S 28 U.S.C. § 2255 APPLICATION**

**MAY IT PLEASE THIS HONORABLE COURT:**

**Comes now,** the **Movant-Petitioner - Richard L. Hatchett,** whom at this time hereby respectfully request from this Honorable Court to withdraw it's denial Motion of January 24, 2005 for all the reason(s) set forth herein.

The facts and contentions of your Petitioner are as herein follows:

**PROCEDURAL HISTORY AND LEGAL REQUEST**

The Petitioner has informed the clerk's office on several occassions that he does not reside at **Terre Haute United States Penitentiary, Post Box 33, Terre Haute, Indiana  47808,** that he has been incarcerated well over two (2)

years at the **United States Penitentiary, Post Box 1000 Leavenworth, Kansas 66048-1000,** and any mail set to him will to <u>first</u> to Terre Haute, Indiana, whom in turn will send the mail back out <u>weeks later</u>. . . However, the Petitioner will not blame this matter on the Clerk's office. The Petitioner however, avers that it is **one-or-the-other.** . . The Petitioner does duly sware under oath and the penalty of perjury that he re-mailed the signed petition <u>immediately</u> on the 26th of December 2004, which it is possible that he could have mailed it to the wrong place [but the court received it late], and / or the prison officials did not mail the legal envelope. But, nonetheless, the envelope of the Petitioner's signed petition was respectfully mailed on December 26, 2004.

The Petitioner <u>"timely"</u> submitted his compliance with the Court's order of December 22, 2004 whereupon, the Court <u>must</u> consider the 2004 holidays in the month of December-January, 2005. The Court with all due respect from the Petitioner <u>must</u> acknowledge that "[o]nce the Petitioner place legal mail in the **"Blue Mail Box"** out in the center hall of the prison, the Petitioner has no more or other jurisdiction over the mail.

The Petitioner is more than positive that <u>"immediately</u> following the Court's order herein, the Petitioner signed the petition, and re-mailed it to the clerk of the Court office. The Petitioner placed the petition back into the mail [immediately]. . . from that point, the mail is completely out of the Petitioner's control, and / or custody.

Hence, as the Petitioner has contended herein, it is possible the mail could have went to the Court in Chicago, Illinois instead of Springfield and that court has not returned the mail to the Petitioner or re-routed the mail to the Court here in Springfield, Illinois. The Petitioner does not personally do his own legal work, the Petitioner pays proclaimed Inmates paralegals, and Writ writer's, and jailhouse lawyers to do his legal work which could make a

- 2 -

honest mistake to send the mail to the wrong address. . . Or, on the other hand, the mail room here at the Prison misplaced, or destroyed the mail of the Petitioner, which is why this Honorable Court does not have the mail of the Petitioner.

Therefore, the Petitioner respectfully prays that this Honorable Court **Reconsider** it's ruling on January 24, 2005, which derived from December 22, 2004 order on December 24, 2004. Hence, December 26, 2004, the Petitioner did sign and mail his motion by placing the motion in the Prison mail box. It should have been received by this Honorable Court by December 30, 2004.

Lastly, the mail of the Petitioner had to get lost in the mail. . . Due to the fact that the petition was dismissed **[w]ithout [p]rejudice. . .** , the Petitioner respectfully request that his **28 U.S.C. § 2255 motion** be **[Re-considered]** and / or in the alternative, the Petitioner duly request that this Honorable Court accept, and or file and docket the attached signed **28 U.S.C. § 2255 Motion** of the Petitioner.

Signed this __15__ day of __February__, 2005.

s/Richard Hatchett

**Mr. Richard L. Hatchett,**   [Pro se]
**Reg # 12443-026**
**Post Box 1000**   **United States Penitentiary**
**Leavenworth, Kansas**   **66048-1000**

- 3 -

**CONCLUSION**

The Petitioner **respectfully** conclude that the Court **reconsider** his application, or in the alternative, accept, file, and docket his <u>new</u> (same) Application **[Without–Prejudice].**

s/Richard Hatchett

**Richard L. Hatchett,    [Pro se]**

— 4 —

## CERTIFICATE OF SERVICE

I hereby certify that the original and one (1) copy was mailed to the Clerk of the Court for the United States District Court for the Central District of Illinois at **151 U.S. Courthouse , 600 East Monroe Street, Spring- field, Illinois 62701** by placing same in the U.S. Postal mail at the below listed address on **this  /5   day of  February    ,  2005.**

s/Richard Hatchett

**Richard L. Hatchett,       [Pro se]**
**Reg # 12443-026**
**Post Box 1000 United States Penitentiary**
**Leavenworth, Kansas   66048-1000**

- 5 -

**E-FILED**
Monday, 24 January, 2005 03:00:05 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RICHARD L. HATCHETT,**
        **Petitioner,**

vs.                                                              Case Number:    **04-3275**

**UNITED STATES OF AMERICA,**
        **Respondent,**

⬜ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,** pursuant to Text Order entered by the Honorable U.S. District Judge Jeanne E. Scott, this matter is dismissed without prejudice. This case is closed.----------------------------

ENTER this 24th day of January, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Rankin

BY: DEPUTY CLERK

3:04-cv-03275-JES  # 4  Page 7 of 8
**Other Orders/Judgments**
3:04-cv-03275-JES Hatchett v. USA

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from MR, ilcd entered on 1/24/2005 at 1:53 PM CST and filed on 1/24/2005

**Case Name:**        Hatchett v. USA
**Case Number:**      3:04-cv-3275
**Filer:**
**WARNING: CASE CLOSED on 01/24/2005**
**Document Number:**

### Docket Text:
TEXT ORDER: On December 20, 2004, Petitioner filed an unsigned 2255 Petition with this Court. On December 22, 2004, this Court directed him to file a signed Petition by January 14, 2005, or this action would be dismissed. He has not filed a signed Petition. This matter is therefore dismissed without prejudice. This case is closed. Entered by Judge Jeanne E. Scott on 1/24/05. (MR, ilcd)

The following document(s) are associated with this transaction:

### 3:04-cv-3275 Notice will be electronically mailed to:

Timothy A Bass      tim.bass@usdoj.gov, staci.klayer@usdoj.gov

### 3:04-cv-3275 Notice will be delivered by other means to:

Richard L Hatchett
12443-026
TERRE HAUTE
US Penitentiary
PO Box 33
Terre Haute, IN 47808

Please change my address from:

Richard L. Hatchett, Reg # 12443-026
Terre Haute U.S. Penitentiary
Post Box 33
Terre Haute, Indiana    47808


TO:


Mr. Richard L. Hatchett,  Reg # 12443-026
Post Box 1000  United States Penitentiary
Leavenworth, Kansas    66048-1000


Thank You:


Richard L. Hatchett,  Reg # 12443-026
Post Box 1000  United Sattes Penitentiary
Leavenworth, Kansas  66048-1000