**E-FILED**
Wednesday, 01 June, 2005 10:18:47 AM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS
Springfield DIVISION

June 1, 2005

Richard L. Hatchett, 12443-026
US Penitentiary
P.O. Box 33
Terre Haute, IN 47808

RE:  Hatchett v USA
CASE NO. 04-3275

Dear Mr. Hatchett:

　　　　NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

　　　　　　　　　　　　　　　　　　　　　　　　s/John M. Waters

　　　　　　　　　　　　　　　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT

cc:  all counsel
notice revised 1/01
mhs

hatchettrule56.wpd