AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RICHARD HATCHETT**

vs.                                                                 Case Number:   **04-3275**

**UNITED STATES OF AMERICA**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott: Petitioner's Motion for Habeas Corpus is denied.

ENTER this 8th day of June, 2005

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK